# DIVIDENDS REMITTED TO THE COURT
Check Number 1005 Dated 02/14/11
Case Number 09-35371 - WASSENAAR, JOHN MARVIN

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **CHASE BANK USA NA**<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145<br>  0899 | 000001 | 985.16 | 1.22 |
| ---------- Remittance Total ---------- | | 985.16 | 1.22 |

*[signature]*

CHARLES W. RIES, Trustee